Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1080
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorney for U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
DISTRICT COURT OF GUAM
OCT - 3 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

IN RE: NOTICE OF ANNA Y. PARK TO PRACTICE BEFORE THE COURT

MISC. NO. 06-00027

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION BY ANNA Y. PARK

1. I am employed by the United States Equal Employment Opportunity Commission ("EEOC") as the Regional Attorney for the Los Angeles District. As the Regional Attorney I oversee all litigation within the jurisdiction of the EEOC's Los Angeles District Office, which includes the District of Guam.

2. I expect to appear before this Court on behalf of the United States in all matters brought by the EEOC.

3. I am an active member in good standing of the Bar of the State of California, having been admitted in June 1993, California State Bar No. 164242. Said membership allows me to practice before all courts within the State of California, including the California Supreme Court which is the highest court in that jurisdiction.

4. I have been admitted to the Bar of each of the following United States District Courts:

        Central District of California – 1993

        Southern District of California – 2001

        District of Nevada – April 9, 2002, on behalf of the government.

        District of Hawaii – April 2006, on behalf of the government.

5. My business address and telephone number are:

        United States Equal Employment Opportunity Commission
        Legal Unit
        255 E. Temple Street, 4th Floor
        Los Angeles, CA 90012

        Telephone: (213) 894-1080

6. I remain a member in good standing of all Bars to which I have been admitted.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 27th day of September, 2006, at Los Angeles, California.

        _____
        ANNA Y. PARK
        Regional Attorney

        U.S. EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION